IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE FRANCIS, JR.,**   Plaintiff, | : :  : |
| v. | : **CIVIL ACTION NO. 23-CV-4063** : |
| **QUINTA SMITH,** *et al.*,   Defendants. | : : : |

## ORDER

**AND NOW**, this 3rd day of March, 2025, upon consideration of Defendants Judge Wilden H. Davis, Judge G. Michael Green, and Judge Deobrah Krull's Motion to Dismiss (Doc. No. 14), it is **ORDERED** that the motion is **GRANTED** and Plaintiff's claims against Defendants Judge Davis, Judge Green, and Judge Krull are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**